UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

AW LICENSING, LLC and ALEXANDER
WANG, INC.,

                            Plaintiffs,

              -v-

WANG BAO d/b/a
ALEXANDERWANGROCCOBAG.COM, et al,

                          Defendants.

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: <u>August 2, 2016</u>

15-cv-1373 (KBF)

<u>MEMORANDUM
OPINION & ORDER</u>

KATHERINE B. FORREST, District Judge:

       Plaintiffs AW LICENSING, LLC and ALEXANDER WANG, INC.

(collectively, "Alexander Wang" or "Plaintiffs"), commenced this action against

WANG BAO d/b/a ALEXANDERWANGROCCOBAG.COM; LIN XIAO LIN d/b/a

ALEXANDERWANG101.COM; PHYLISS MICHAEL d/b/a

IALEXANDERWANG.COM; LINDA DAHAI d/b/a ALEXANDER-WANG.US; XIAO

CHEN d/b/a HIGOODBAGS.COM; SUHADI STEV d/b/a

FASHIONCODE.COM.AU; LI NING d/b/a/ 1HANDBAGMALL.COM; ZENG ZHAO

HUI d/b/a 7STARPERFECTBAGS.COM; RAIN d/b/a

HELLOREPLICAHANDBAGS.COM; DONNA GERSE d/b/a

BESTYBAGSONLINE.COM; and XYZ COMPANIES, JOHN DOES, AND JANE

DOES, d/b/a the aliases identified in <u>Exhibit 1</u> hereto (collectively, "Defendants") for

trademark counterfeiting and cybersquatting arising under the Trademark Act of

1946, 15 U.S.C. §§ 1051 <i>et seq.,</i> as amended by the Trademark Counterfeiting Act of

1984, Pub. L. 98-473 (October 12, 1984), the Anti-Cybersquatting Consumer

Protection Act of 1996, Pub. L. 104-153 (July 2, 1996), and the Prioritizing Resources and Organization for Intellectual Property Act of 2007, H.R. 4279 (October 13, 2008) (the "Lanham Act").

Now before the Court is the damages portion of Plaintiffs' motion for default judgment. For the reasons set forth below the Court orders damages be entered in the amount of Ninety Million Dollars and no cents ($90,000,000.00) against all Defendants for willful counterfeiting and Eight Hundred Thousand Dollars and no cents ($800,000.00) against all Defendants for willful cybersquatting.

I.  BACKGROUND

After the filing of this matter and upon motions by Plaintiffs, the Court issued a Temporary Restraining Order on March 3, 2015, (ECF No. 10) ("TRO"), a Preliminary Injunction Order on April 1, 2015, (ECF No. 8) ("PI Order"), and a Supplemental Preliminary Injunction Order on August 7, 2015, (ECF No. 44) ("Supp. PI Order").  On March 7, 2015 Plaintiffs served each Defendant with the Summons and Complaint.  (ECF No. 8 at 5.)  On April 20, 2015 and August 7 through August 12, 2015, Plaintiffs served each Defendant with the PI Order and Supp. PI Order, respectively.  (ECF No. 60 at 3.)

Upon receiving no response from any Defendant, the Clerk of Court issued a Certificate of Default against all Defendants on September 17, 2015.  (ECF No. 50.) Plaintiffs thereafter moved for a default judgment against all Defendants.  (ECF No. 51.)  The Court ordered Defendants to show cause why default judgment should not be entered against them. (ECF No. 53.)  No Defendant appeared.  (ECF No. 56.)

On October 29, 2015, the Court granted Plaintiffs' motion for default judgment.  (ECF No. 56.)  The Court found that "each Defendant is liable for federal trademark counterfeiting and infringement under 15 U.S.C. §§ 1114, 1117 and cybersquatting under 15 U.S.C. § 1125(d)(1)."  (Id. at 4.)  The Court did not at that time enter an amount of damages.  (Id. at 5.)  On January 11, 2016, the Court issued a Revised Opinion & Order on Default ("Revised Order"), clarifying that its Default Judgment Order was not "a final appealable judgment, as the issue of damages remains to be decided." (ECF No. 60 at 1 n.1.)

On June 6, 2016, the Court issued an Order informing the parties that "it intend[ed] to issue its damages opinion shortly."  (ECF No. 63 at 2.)  The Court further instructed that any defendant who "wish[ed] to be heard before final judgment is entered" should make a submission to the Court "not later than **Friday, July 8, 2016**."  (Id.)  To date the Court has not received any submissions relating to this action or arguing that final judgment with damages should not be entered.

## II. DISCUSSION

When determining whether to grant damages requests in the event of a default, "[t]here must be an evidentiary basis for the damages sought," Cement & Concrete Workers Dist. Council Welfare Fund v. Metro Found. Contractors, Inc., 699 F.3d 230, 234 (2d Cir. 2012), and the request be "just and proportionate" to the violations. Rovio Entm't, Ltd. v. Allstar Vending, Inc., 97 F. Supp. 3d 536, 546 (S.D.N.Y. 2015). Furthermore, "[w]hile Rule 55(b)(2) permits the district court to

conduct a hearing to determine damages, such a hearing is not mandatory." Cement & Concrete Workers, 699 F.3d at 234 (citing Action S.A. v. Marc Rich & Co., Inc., 951 F.2d 504, 508 (2d Cir.1991)).

A.  WILLFUL COUNTERFEITING

Plaintiffs request Ninety Million Dollars and no cents ($90,000,000.00) in statutory damages under 15 U.S.C. § 1117(c)(2) for willful counterfeiting.  (ECF No. 52 at 2-3.)  Plaintiffs reach this number by requesting One Million Dollars and no cents ($1,000,000.00) in damages per Defendant for forty-five (45) Defendants for each of two different types of goods Defendants counterfeited. (Id. at 21-22.)

Plaintiffs are electing to recover statutory damages under 15 U.S.C. § 1117(c)(2), which states

> In a case involving the use of a counterfeit mark (as defined in section 1116(d) of this title) in connection with the sale, offering for sale, or distribution of goods or services, the plaintiff may elect, at any time before final judgment is rendered by the trial court, to recover, instead of actual damages and profits under subsection (a) of this section, an award of statutory damages . . . in the amount of--
>
> . . . (2) if the court finds that the use of the counterfeit mark was willful, not more than $2,000,000 per counterfeit mark per type of goods or services sold, offered for sale, or distributed, as the court considers just.

The statutory requirements, therefore, are that (1) there was use of a counterfeit mark in connection with the sale, offering for sale, or distribution of goods or services, (2) that the use of the counterfeit mark was willful, (3) that the damages not exceed Two Million Dollars and no cents ($2,000,000.00) per

counterfeit mark per type of goods or services, and (4) that the court consider the damages awarded just.

The first prong is met as the Court's Revised Order states that "[d]efendants are manufacturing, distributing, offering for sale and/or selling counterfeit products—including, *inter alia*, handbags, footwear, apparel and accessories—bearing counterfeits for the ALEXANDER WANG Mark." (ECF No. 60 at 4.)  As to the second prong, "[t]rademark infringement is deemed willful by virtue of a defendant's default." <u>Rovio Entm't, Ltd.</u>, 97 F. Supp. 3d at 546 (internal citation omitted).  Therefore, plaintiffs have also satisfied this prong as well.  The third prong is met as Plaintiffs are asking for $1,000,000.00 each for two of the four types of counterfeit goods the Court found Defendants to be distributing. (ECF No. 60 at 3.)

As to the final prong of the inquiry, in determining justness courts generally refer to the factors considered in cases regarding an analogous provision of the Copyright Act, 17 U.S.C. § 504(c), which provides for statutory damages for willful infringement of a copyright.  <u>See</u> <u>Gucci Am., Inc. v. Duty Free Apparel, Ltd.</u>, 315 F. Supp. 2d 511, 520 (S.D.N.Y. 2004); <u>Sara Lee Corp. v. Bags of N.Y., Inc.</u>, 36 F. Supp. 2d 161, 166 (S.D.N.Y. 1999).

Under this analogous provision, courts are asked to consider seven factors: (1) "the expenses saved and the profits reaped," (2) "the revenues lost by the plaintiff," (3) "the value of the copyright," (4) "the deterrent effect on others besides the defendant," (5) "whether the defendant's conduct was innocent or willful," (6)

"whether a defendant has cooperated in providing particular records from which to assess the value of the infringing material produced," and (7) "the potential for discouraging the defendant." Fitzgerald Pub. Co., Inc. v. Baylor Pub. Co., 807 F.2d 1110, 1117 (2d Cir.1986).

In this case, there is no evidence of factors (1) or (2). Some courts have viewed lack of information regarding even the suspected scope of the counterfeit operations as a factor counseling against large awards. See Rolls-Royce PLC v. Rolls-Royce USA, Inc., 688 F. Supp. 2d 150, 157-58 (E.D.N.Y. 2010) (holding that despite "strong evidence of willfulness" the $100,000.00 per mark per type of good requested by plaintiffs was unreasonable and without sound basis).

However, courts have supported an inference of a broad scope of operations in cases dealing specifically with websites that ship and sell to a wide geographic range, such as the ones in this case. See Rolex Watch U.S.A., Inc. v. Jones, No. 99 Civ. 2359(DLC)(FM), 2002 WL 596354, at *5 (S.D.N.Y. Apr. 17, 2002), report and recommendation adopted, No. 99 Civ. 2359(DLC) (S.D.N.Y. June 14, 2002) (an award of $25,000 per mark, while sufficient for willful trademark infringement in storefronts, may be inadequate given "the virtually limitless number of customers available to [defendant] through his Web sites"). Therefore, factors (1) and (2) weigh in favor of granting Plaintiffs' damages request.

Plaintiffs assert that the ALEXANDER WANG Mark (the "Mark") is highly valuable, but do not indicate its monetary value. However, the Court can "infer from the well-known reputation[ ] of . . . the trademark[ ] . . . that [it is] indeed valuable."

6

N. Face Apparel Corp. v. Moler, No. 12 CIV. 6688 JGK GWG, 2015 WL 4385626, at

*6 (S.D.N.Y. July 16, 2015), report and recommendation adopted, No. 12 CIV 6688

JGK, 2015 WL 5472939 (S.D.N.Y. Sept. 16, 2015) (internal citations and quotation

marks omitted).  Therefore, given that "[t]he ALEXANDER WANG Mark is

distinctive and famous," factor (3) also weighs in favor of Plaintiffs. (ECF No. 60 at

3.)  The fact that this case proceeded by default establishes both that the conduct

was willful, as explained above, and that there was no participation, much less

cooperation, by Defendants.  Therefore, factors (5) and (6) both support Plaintiffs'

damages request.

      With factors (4) and (7), while there is a question as to whether large

judgments serve as a deterrent when there is a small chance of the judgment being

enforced, large judgments are typically seen as deterrents to both the defendant and

others.  See Louis Vuitton Malletier, S.A. v. LY USA, No. 06 Civ. 13463(AKH), 2008

WL 5637161, at *2 (E.D.N.Y. Oct. 3, 2008) (holding that "the goal of deterring

similar conduct by other enterprises requires a substantial award" and that

defendants failure to comply with the court's injunction justified a substantial

damage award); see also All-Star Mktg. Grp., LLC v. Media Brands Co., 775 F.

Supp. 2d 613, 623-24 (S.D.N.Y. 2011).

      Given that Defendants in this case failed to comply with the Court's TRO, PI

Order, or Supp. PI Order and are being purposely deceptive in order to avoid

liability for their unlawful actions suggest that a large damages award is justified

both to serve as a deterrent to these Defendants and others who might be

contemplating similar actions.  (ECF No. 60 at 4.)  Therefore, as all seven factors weigh in favor of Plaintiffs, the Court finds Plaintiffs' requested damages amount to be just, satisfying prong four.

In determining the overall amount of statutory damages, Plaintiffs state that each Defendant should be separately liable for Two Million Dollars and no cents ($2,000,000.00) and that, in the absence of any specified Defendants, the court should assume that the number of defendants is equal to ten percent of the number of websites distributing the counterfeit goods. (ECF No. 52 at 21-22.) Plaintiffs cited numerous cases from the District where large awards have been entered against unknown defendants for operating websites that distribute counterfeited goods. (ECF No. 52 at 20-21.)  However, a recent decision from this District held that, in the absence of information clearly demonstrating that there were nine different defendants, the court would not multiple the statutory damages award by nine. Diesel S.P.A. v. Does, No. 14-CV-4592 (KMW), 2016 WL 96171, at *13 (S.D.N.Y. Jan. 8, 2016).

The Court finds in this case that, given the foregoing reasons and the weight of cases granting large awards in similar situations, that Plaintiffs' request that it be assumed there are at least forty-five individual Defendants is reasonable for the purposes of calculating damages.

## B.  WILLFUL CYBERSQUATTING

Plaintiffs are requesting Eight Hundred Thousand Dollars and no cents ($800,000.00) in statutory damages under 15 U.S.C. § 1117(d) for willful

cybersquatting. (ECF No. 52 at 2-3.) Plaintiffs reach this number by requesting One Hundred Thousand Dollars and no cents ($100,000.00) in damages per each of the eight (8) domain names that constitute cybersquatting. (Id. at 22.)

Section 1117(d) states in relevant part

> In a case involving a violation of section 1125(d)(1) of this title, the plaintiff may elect . . . to recover, instead of actual damages and profits, an award of statutory damages in the amount of not less than $1,000 and not more than $100,000 per domain name, as the court considers just.

As with Section 1117(c), Section 1117(d) does not define what is considered "just."  In determining justness, courts generally rely on the same factors as used in determining justness under Section 1117(c).  See Tiffany (NJ) LLC v. QI Andrew, No. 10 CIV. 9471 KPF HBP, 2015 WL 3701602, at *11 (S.D.N.Y. June 15, 2015) (awarding the maximum for cybersquatting violations under the same analysis as the award for counterfeiting); J. Taikwok Yung v. Trump, No. CV 11-1413 DLI VVP, 2014 WL 819417, at *3 (E.D.N.Y. Feb. 28, 2014), report and recommendation adopted, No. 11-CV-1413 DLI VVP, 2014 WL 1257761 (E.D.N.Y. Mar. 26, 2014), aff'd sub nom. Yung v. Trump, No. 14-1554, 2016 WL 1696400 (2d Cir. Apr. 28, 2016) (citing the seven factors utilized in copyright infringement cases).

With cybersquatting claims, many courts rely heavily on the deterrence factors in these awards and will balance the damage amount that is above the statutory minimum against the additional deterrent effect such an increase will have.  See Yung, 2014 WL 819417, at *6 (awarding less than the requested statutory maximum as the deterrent effect would be served with a lower award due

9

to the financial situation of the plaintiff); <u>Mattel, Inc. v. Adventure Apparel</u>, No. 00 CIV. 4085 (RWS), 2001 WL 1035140, at *5 (S.D.N.Y. Sept. 7, 2001) (awarding the statutory minimum as "[t]he need for deterrence [was] not exceptional"); <u>but see</u> <u>Tiffany (NJ) LLC</u>, 2015 WL 3701602, at *11 (awarding $100,000 per infringing domain name); <u>Richemont Int'l S.A. v. Montesol OU</u>, No. 11 CIV. 9322 JGK HBP, 2014 WL 3732887, at *10 (S.D.N.Y. May 13, 2014), <u>report and recommendation</u> <u>adopted as modified,</u> No. 11 CIV. 9322 JGK HBP, 2014 WL 3732919 (S.D.N.Y. July 29, 2014) (awarding $100,000 per infringing domain name).

Given that Defendants have been purposely deceptive about their identities in relation to these websites and that defendants failed to comply with the Court's TRO, PI Order, or Supp. PI Order, the need for deterrence here is great enough to grant the statutory maximum amount requested by Plaintiffs.

III. CONCLUSION

For the foregoing reasons, damages in the amount of Ninety Million Dollars and no cents ($90,000,000.00) against all Defendants, jointly and severely, for willful counterfeiting and Eight Hundred Thousand Dollars and no cents ($800,000.00) against all Defendants, jointly and severely, for willful cybersquatting is hereby entered.  The Clerk of Court is directed to terminate this matter.

A default judgment with the damages amount will be entered separately from this opinion and order.

SO ORDERED.

Dated:        New York, New York
              August 2, 2016

                                        _____
                                              KATHERINE B. FORREST
                                              United States District Judge

11

**Exhibit 1 to Motion for Final Default Judgment**

| Domain | Registrant name | Registrant Email/Contact Information |
|---|---|---|
| nu-med.org | joohan cha | mooseknuckles101@gmail.com |
| jst-fashion.net | nike jordan | N/A |
| cheapdesignerhandbagonsale.com | uking chen | cyq988@126.com |
| cheappradahandbags.com | Evren Erguven | semelsgye@hotmail.com |
| bag-yy.com | Kristopher Kim | herobk64232@naver.com |
| myluxuryauction.net | Domain Admin | contact@privacyprotect.org |
| eplowcost.com | Hua Zhang | 412194968@qq.com |
| handbagsline.com | Yu LinChun | enjoy.get@gmail.com |
| higoodbags.com | xiao chen | bagsfor88@163.com |
| amourtel.com | Domain Admin | reg_1446098@whoisprotection.cc |
| replicadebolsas.eu | Domain Admin | contact@privacyprotect.org |
| muyingpub.com | chen tian | zndx.clp@163.com |
| thren.org | Kahealani ren | icaberkrhy@hotmail.com |
| allaroundequinevet.com | Domain Admin | contact@privacyprotect.org |
| lvyayoikusama.net | sds dsisd | rasionin@gmail.com |
| mynewhandbags.com | EstherAkwetey | esther-akwetey86@hotmail.co.uk |
| designerhandbagpurseshop.com | Registration Private | designerhandbagpurseshop.com@domainsbyproxy.com |
| luxuryhandbagspurse.com | Registration Private | luxuryhandbagspurse.com@domainsbyproxy.com |
| handbagshome.net | jaclynclem | jaciclem_012@yahoo.com |
| cheaphandbags.eu | Anonymous | N/A |
| elcouk.com | Domain Admin | contact@privacyprotect.org |
| tshrm.org | jamy Foster | izhrinyoth@hotmail.com |
| eddonhardy.com | Jiao Lee | jiaolees@gmail.com |
| onesickrace.com | Yu Zhou | 412194968@qq.com |
| tinafashionbag.com | zuyan wen | 704211266@qq.com |
| starshandbagshome.com | Jack zhen | samenzhen@163.com |
| replicaloverhandbags.com | jason zhen | lucklvhandbags@gmail.com |
| handbags-replica.co | Norman L Harris | 1652216734@qq.com |
| goodbagshoes.com | Yu Lin | semstudio@qq.com |
| clothingbagsoutlet.co.uk | Sophia Smith | N/A |
| fashionluxurygoodsonline.com | Yu Lin | vip5@vip.qq.com |
| cheapluxurygoodsbuy.com | Yu Lin | vip5@vip.qq.com |
| cheapukstyle.com | Domain Admin | contact@privacyprotect.org |
| bagshoesonline.com | Yu Lin | vip5@vip.qq.com |

| freeshippingclothing.co.uk | justin thornberry | N/A |
|---|---|---|
| deeplovebags.com | STEVE ALSTON | deeplovebagscom@126.com |
| watchrex.org | Domain Administrator | watchrexorg@163.com |
| isdnwatch.com | NAMECHEAP.COM NAMECHEAP.COM | isdnwatch.com@sohu.com |
| watchesty.com | WHOISGUARD PROTECTED | bcb744cce5e44802853ae95585c54510.protect@whoisguard.com |
| watchesales.biz | WhoisGuard Protected | 2fa24c8165e5455ea9a4bbf203a6e421.protect@whoisguard.com |
| needuwatches.com | EVA C. BUTLER | needuwatchescom@163.com |
| olreplicawatches.com | NAMECHEAP.COM NAMECHEAP.COM | support@namecheap.com |
| canadawatch24h.com | Greta Bryant | raphaelmcclure348@hotmail.com |
| watcheden.biz | WhoisGuard Protected | e43f7c3a306c4eb68cb409c7f853bcfa.protect@whoisguard.com |
| allofwatches.biz | Domain Administrator | allofwatchesbiz@163.com |
| bagthee.ru | Private Person | N/A |
| watcheslux.su | Private Person | N/A |
| careplicas.net | NAMECHEAP.COM NAMECHEAP.COM | careplicasnet@163.com |
| iqwatch.com | NAMECHEAP.COM NAMECHEAP.COM | iqwatchcom@163.com |
| clonesbar.co | Jesse J. Morton DRESSLER | clonesbarco@163.com |
| idolreplicas.ru | N/A | N/A |
| votborse.com | EVA C. BUTLER | votborsecom@163.com |
| bagok.co.uk | jock | N/A |
| romeohandbagsale.com | Qiang Lee | liqiang451@hotmail.com |
| smartbuybags.com | bin jin | kangxicn@qq.com |
| usacheapdesigner.org | Domain Admin | contact@privacyprotect.org |
| salereplicabags.com | Fen Han | nameshoufeng@163.com |
| cosybags.com | wen ben zhou | e59e@qq.com |
| copyhandbagsoutlet.com | Domain Administrator | pw-2f981a741648c93e32bce8e0e16bb9e8@privacyguardian.org |
| fakesbags.com | wen ben zhou | e59e@qq.com |
| buyvalentino.com | hua zhong | cankuma@163.com |
| ivalentino.com | zhongda | 505996060@qq.com |
| findvalentino.com | zhongda | 505996060@qq.com |
| valentinoreplica.com | zhongda | 505996060@qq.com |

| xklworldwide.com | Wei Zhou | 412194968@qq.com |
| prizeupdate.com | Domain Admin | reg_1441382@whoisprotection.cc |
| myluxuryauction.net | N/A | contact@privacyprotect.org |
| wrafd.org | Yu Zhou | 412194968@qq.com |
| qqnyc.com | WHOIS AGENT | domainadm@hichina.com |
| top-knockoffbag.com | Chester | mikiby528@yahoo.com |
| newstylebags2u.com | George Fortune | N/A |
| bestleatherbag.co.uk | ben liu | N/A |
| bags49.com | ben liu | 1topqualitys.service@gmail.com |
| 86celinelv.com | LiuHua | 1264145773@qq.com |
| 31.222.201.23 | lucky wu | N/A |
| iofferchanelbags6.biz | huafeihua116 ming | huangcong116@163.com |
| myreplicabags.net | zhong ason | 1to1shoes@gmail.com |
| iofferreplicabags7.biz | Domain Admin | contact@privacyprotect.org |
| bags1to1.com | yihang zhong | 724168663@qq.com |
| shoppingufashion.co | cptobgo cptobgo | todns@sina.com |
| hotsellshop.com | qiu yanmin | 584613391@qq.com |
| buyurfashion.com | qiu yanmin | qym@usavps.cn |
| buynewhandbbag.com | YouHao Chen | registrar@mail.zgsj.com |
| cheaphandbagsplaza.com | Xu Kai | 67429294@qq.com |
| ideal-purses.com | Qian Xun Li | jeanette222@163.com |
| ladiesdesignerbag.com | CuiHong Peng | registrar@mail.zgsj.com |
| 21handbagshoe.com | heir | heir@163.com |
| sursel.com | wanting | 117445707@qq.com |
| lamylutti.co.uk | Jian Shang | N/A |
| oldnychecker.com | Georgia Fthenaki | georgiafthenaki@163.com |
| voguefront.net | WHOIS AGENT | domainadm@hichina.com |
| 50.115.125.118 | N/A | N/A |
| brandbagsvip.com | jie huang | 20651646398@qq.com |
| 31.222.200.141 | N/A | N/A |
| careplica.com | zuoquan li | 271976665@qq.com |
| vbagtrade.com | Zhang Wei | admin@vbagtrade.com |
| vogueladies-bags.com | WHOIS AGENT | domainadm@hichina.com |
| vogueladies.me | yong le | susanvogueladies@gmail.com |
| voguepolis.com | Whois Agent | voguepolis.com@protecteddomainservices.com |
| e-exporters.net | lei li | jkungfu@outlook.com |
| handbager.com | lei li | jkungfu@outlook.com |
| alexanderwangroccobag.com | wang bao | alexanderwangroccobag@hotmail.com |
| alexandwangsale.com | LJLKJ dsa | andy@163.com |
| gifthandbag.biz | Domain Administrator | gifthandbagbiz@163.com |
| luxurydig.com | Domain Administrator | 522b1357al5scz2x@5225b4d0pi3627q9.privatewhois.net |
| luxmall.us | Liu Qiang | 1811662517@qq.com |
| doawatches.com | NAMECHEAP.CO | doawatches.com@sohu.com |

| | M NAMECHEAP.COM | |
|---|---|---|
| meetshoe.com | TOMMY ANDERSON | tommys.anderson@hotmail.com |
| fadsland.com | BIANCA M. PETERSON | fadslandcom@163.com |
| migobuy.com | MARIA R. HINES | migobuycom@163.com |
| top10brand.biz | WhoisGuard Protected | 7337bd3d3a7c4140adb02879dd726a46.prote ct@whoisguard.com |
| okbagsale.net | GLEN DSHIRK | okbagsalenet@163.com |
| judebags.net | STEVE ALSTON | judebagsnet@163.com |
| ebagoffer.com | STEVE ALSTON | dewaynefoley948@hotmail.com |
| watcheden.net | JOSEPH BENSON | watcheden.net@sohu.com |
| watchespa.biz | WhoisGuard Protected | cb14250112ad4a7283d87a3aeb5ff9ff.protect @whoisguard.com |
| made2u.su | Private Person | made2u.su@gmail.com |
| firstgiftdeals.com | N/A | N/A |
| replicahandbag.us | tina ch | jewenjoy@gmail.com |
| pursevalley.cn | 庄文东 | admin@pursevalley.cn |
| perfectreplicabags.com | Domain Admin | contact@privacyprotect.org |
| http://tusasi7851.beep.com | 庄文东 | admin@pursevalley.cn |
| thebestchoicehere.info | Domain Admin | contact@privacyprotect.org |
| www.elualmorco1973.webgar den.com | 庄文东 | admin@pursevalley.cn |
| www.deartunbbirthlesb1981.e venweb.com | 庄文东 | admin@pursevalley.cn |
| www.apcoolma2077.beepworl d.de | 庄文东 | admin@pursevalley.cn |
| discountbag2014.com | lin qing | linqing8985@126.com |
| fashioncode.com.au | SUHADI, STEV | N/A |
| light-ness.com | liu jinmei | e59e@qq.com |
| amatory.cn | 陈伟强 | domain@amatory.cn |
| handbags-good.com | WHOISGUARD PROTECTED | 2807f7ce9e7844029ca6e4f947e04da6.protect @whoisguard.com |
| bagthee.net | ChenTao | kjmy2010@gmail.com |
| onlineswisswatches.com | James Nil | joestore@live.com |
| tibags.com | ahmedalbader122 ahmedalbader122 | 354887838@qq.com |
| 31.222.201.250 | lucky wu | N/A |
| 2014hermesbag.com | WHOIS AGENT | domainadm@hichina.com |
| 31.222.203.130 | lucky wu | N/A |
| handbags-belt-mall.com | endo ambulaish | endo2043ambulaish@163.com |
| popdesignerbags.com | QU PANPAN | iahead@sina.com |
| giftluxurybags.com | PENG GANG | ineeddollars@126.com |
| repoutlet.com | JINFU CHEN | ineedallors@163.com |
| bmfband.com | chen guopeng | 7633378@qq.com |
| handbags7a.net | chen facai | 1270955596@qq.com |

| | | |
|---|---|---|
| shophihi.com | Domain Admin | contact@privacyprotect.org |
| handbagsalereplica.com | Jack zhen | samenzhen@163.com |
| classichandbags.org | samen zhen | lovershandbagsale@gmail.com |
| luckshandbagsale.com | samen zhen | toploverhandbags@gmail.com |
| lovershandbagsale.com | samen zhen | toploverhandbags@gmail.com |
| younghandbagsale.com | jason zhen | lucklvhandbags@gmail.com |
| mykwct.com | feng bingxian | x201471@gmail.com |
| jjxyty.com | feng bingxian | x201471@gmail.com |
| tkrtx.com | feng bingxian | x201471@gmail.com |
| mcbag.net | feng bingxian | x201471@gmail.com |
| flowerbag.net | feng bingxian | x201471@gmail.com |
| gc-kt.com | feng bingxian | x201471@gmail.com |
| jfamm.com | feng bingxian | x201471@gmail.com |
| shoes-bags-store.com | nshep pahck | nsheppahck@163.com |
| topgradepen.com | fengy my | yang5356323@163.com |
| protyn.com | feng bingxian | x201471@gmail.com |
| bestlighterssale.com | ellen chretien | ellen1962chretien@163.com |
| mybagsparty.net | zhang | luoermaggie@gmail.com |
| 174.139.26.107 | N/A | N/A |
| mybagsparty.com | zhang | luoermaggie@gmail.com |
| belts-bags-market.com | N/A | N/A |
| shoes-handbags-sale.com | mairado dck | mairadodck@163.com |
| stdupontsales.com | maha liaeck | mahaliaeck@163.com |
| belts-handbags-store.com | eilon sheck | eilonsheck@163.com |
| alexanderwangshoessale.com | Greaves Wilfred | elkanst312@gmail.com |
| ebayqualityhandbags.co.uk | ben liu | N/A |
| goldbagc.co.uk | ben li | N/A |
| topgradebags.co.uk | ben liu | N/A |
| bagssaleonline.eu | N/A | N/A |
| helloreplicahandbags.com | rain | liurain615@yahoo.com |
| handbags-replica.biz | Norman L Harris | janejuju0921@gmail.com |
| 51lvbao.net | satomi | ajfxltiqwovos@yahoo.com |
| alexander-wang.us | linda dahai | 376936477@qq.com |
| jessyjadebag.cn | 唐超 | bestlandnetwork@163.com |
| replicabuy.ru | N/A | N/A |
| exactreplicashop.com | yang lim | joestore@live.com |
| popemart.com | yan chen | joestore@live.com |
| fancybill.com | WHOISGUARD PROTECTED | cc66535a6c664f90ac707d8a36688e5b.protect@whoisguard.com |
| 7luxuryplazza.com | zeng zhao hui | 125515908@qq.com |
| qluxurybags.com | zhang zhenfu | 282761051@qq.com |
| buyspeedy30damier.org | dskje sde | rasionin@gmail.com |
| ithandbag.net | Nicholas Robinson | 31868805@qq.com |
| lvgallierapm.com | sds DFISJERMG | rasionin@gmail.com |
| lvartsygm.com | dsojdv qiu | rasionin@gmail.com |

| nancyshopbag.com | jiexue li | nancyshopbag@163.com |
|---|---|---|
| www.louisvuittonforest.com | hanzhong | bauaouy@yahoo.com |
| www.itbagz.com | Gerard Ridge | my_cpu@hotmail.com |
| www.itbagz.nl | N/A | N/A |
| www.babelstore.co.uk | Babel Store | N/A |
| www.1handbagmall.com | li ning | li2384826402@yahoo.com |
| www.ialexanderwang.com | PHYLLIS MICHAEL | phyllis.michael@yahoo.com |
| www.alexanderwang101.com | Lin Xiao Lin | llm40156@hotmail.com |
| www.gc139260.com | Lin Xiao Lin | llm40156@hotmail.com |
| www.lv40156.com | Lin Xiao Lin | llm40156@hotmail.com |
| www.hottestbags.co | FR Stan | frproducts@gmail.com |
| mymummadeit.net | NYREE LECKENBY | nyree.rose@hotmail.co.uk |
| www.ukhandbagsoutlet.co.uk | Jian Shang | N/A |
| www.martfakebags.com | zhang xiaohui | N/A |
| www.laluxuryhome.com | N/A | N/A |
| www.handbagsko.com | xiao chen | N/A |
| beatsbymaster.es | N/A | N/A |
| www.topclubbuy.com | wanghao | luxoutletsale@163.com |
| www.86celineluggage.com | Liu Hua | yong30010400@126.com |
| www.handbagsbr.com | liu jun | watches2easy@163.com |
| www.handbagsdm.com | liu jun | watches2easy@163.com |
| www.watchesmx.com | liu jun | watches2easy@163.com |
| www.topluxurywind.com | lintao | luxoutletsale@163.com |
| www.votemeyerson.com | Yu Zhou | 412194968@qq.com |
| www.perfectjewelerymarket.com | shen sheng | shensheng055455hui@163.com |
| www.valentino2u.com | qiu yufeng | 2519816859@qq.com |
| www.handbagsreplicas.co.uk | Rosie Thomas | N/A |
| www.luxurybelts4sale.com | shenlai ming | shenlai2035ming@163.com |
| www.emptywinebox.com | feng Zhou | 412194968@qq.com |
| www.sacpascherpairs.com | yangliting | dieyyidie@hotmail.com |
| www.luxurynecktie4sale.com | wang qiang | sonoda0304lazare@163.com |

| www.bags-shop.us | chenzhiwen | canwen321@hotmail.com |
|---|---|---|
| www.perfectbraceletssale.com | terrell claflin | terrell0305claflin@163.com |
| www.replicadesignerbags.co | FR Stan | frproducts@gmail.com |
| www.3mps.co.uk | paul | N/A |
| superbagssale.com | Lanny chen | dt28888@qq.com |
| transcordero.cl* | N/A | N/A |
| alislogementjeune.com | Helena Helena | uxittyrame@hotmail.com |
| topcelinebag.com | eve tong | topcelinebag@gmail.com |
| vogueking.me | nicy michelle | hi_1314520@163.com |
| voguefront.us | nicy michelle | hi_1314520@163.com |
| stylefashionb2c.com | John Huang | iamjohncliff@aliyun.com |
| luxmall.su | Zhi Na Cui | support@luxmall.su. |
| hollanddozierholland.net | nelson nunez | Integritytradecoltd@gmail.com;<br>xmsanshuo@yahoo.com |
| edlarch.com | yihang zhen | cs.merrilltrade@hotmail.com<br>patricio.rodriguez@ensamble.com.uy |
| donlee.org | N/A | customerserviceslauri@gmail.com<br>airinessjur@hotmail.com |
| lifecorpsinternational.com | li qiang | customerserviceslauri@gmail.com<br>eyanastrat@hotmail.com |
| hoharmm.org | wu sheng | customerserviceslauri@gmail.com<br>ockzhifavr@hotmail.com |
| ydastore.com | Anthony kemp | customerserviceslauri@gmail.com<br>visspeers@hotmail.com |
| bestbagssale.com | Ruzickova R | aceserviceonline@hotmail.com<br>dt07888@126.com |
| handbagsreplicas.co | Jennifer Chapman | replicastores@gmail.com |

| | | janejuju0921@gmail.com |
|---|---|---|
| replicas-handbags.co.uk | ndiulor n | replicastores@gmail.com |
| replicashandbags.co.uk | dunn d | replicastores@gmail.com |
| replicachristiandiorhandbags.com | zeal zhen | replicastores@gmail.com |
| lovebuybagsok.com | Patricio Rodriguez | giftofbags@hotmail.com<br><br>269533703@qq.com |
| ceramicheprogres.it | lisi | tradebeautifull@gmail.com |
| minizepp.co.uk | Steve Stuart | replicahandbagsny@gmail.com |
| voguefashion01.com | Hannah Thompson | vicki3263@hotmail.com, vicki9919@gmail.com, vicki9919@yahoo.com , https://www.facebook.com/vicki.watson.3979, 86-0595-28692560, 86-15060643016 |
| zeal-plus.wang | N/A | firstclassluxury@hotmail.com<br><br>maryanna1053@outlook.com |
| zealuxury.wang | Karen Belfiore | firstclassluxury@hotmail.com<br><br>maryanna1053@outlook.com |
| shoes-plus.wang | Victoria V | firstclassluxury@hotmail.com<br><br>maryanna1053@outlook.com |
| copy3001.wang | Melissa Nilsen | Tel: (+55) 1149526788 Fax: (+77) 7754147324,firstclassluxury@hotmail.com<br><br>maryanna1053@outlook.com |
| copy1001.wang | N/A | Tel: (+55) 1149526788 Fax: (+77) 7754147324,firstclassluxury@hotmail.com<br><br>maryanna1053@outlook.com |
| chanelplus.wang | Victor Wayne | firstclassluxury@hotmail.com |

| | | maryanna1053@outlook.com |
|---|---|---|
| vuittonhandbags1001a.top | | firstclassluxury@hotmail.com, Tel: (+55) 1149526788 |
| | li yu | maryanna1130@outlook.com |
| mybagsun.com | | donaldestes95@gmail.com |
| | wenben zhang | mybagspro@gmail.com |
| buybagsouk.com | | serviceteamvip@gmail.com |
| | N/A | |
| 31.222.206.55 | | harriet2bag2@gmail.com ,harriet329@hotmail.com |
| | Rosie Thomas | |
| ccebag.com | | julietestu@gmail.com |
| | Katherine Carr | 125515908@qq.com |
| idreampolo.ru | | dreampoloteam@gmail.com |
| | hua liu | |
| dreampolo.ru | Rosie Thomas | dreampoloteam@gmail.com |
| myloafer.com | | micluxury@hotmail.com |
| | | okringsru@gmail.com |
| | | WhatsApp: +8618476699181 |
| | N/A | hbxiongjian@163.com |
| handbagsonclearance.com | | (01) 315-505-4666, sales@betsybagsonline.com |
| | | bettysreplicasale@gmail.com |
| | Norman L. Harris | |
| luxuryreplicastore.com | | mirrorreplicas@gmail.com |
| | | fairlybuy@gmail.com |
| | zhang wei | Phone: (01) 315 505 4666 |
| luxurybrandcity.com | | luxurybrandcity@gmail.com |
| | Yin Su Ping | taoyujun@gmail.com |

| byrings.com | N/A | okloafer@gmail.com<br>yuming@yinsibaohu.aliyun.com |
|---|---|---|
| transoffer.net | Jian Shang | transoffer@hotmail.com<br>service@transoffer.net |
| sergiorossiallshoes.com | Global Trade Co.,Ltd | clouboutinstore@gmail.com<br>1020945571@qq.com |
| replicajewelry.us | lin hai | lzqjewelry@gmail.com<br>lzgem2011@gmail.com<br>Phone-0086-13128219715 |
| luxuryshoesforsales.com | Linette Poirier | fengyingmaoyi@hotmail.com<br>trivedi1105hoth@163.com |
| luxuryhandbags4sales.com | AmyLopez | fengyingmaoyi@hotmail.com<br>bunnell1007nase@163.com |
| bags.weshopex.com | Shen Qian Ling | weshopex@gmail.com<br>domainsale@oncheng.com |
| virginsblog.com | Shen Qian Ling | aimegoodtest@gmail.com ,<br>onlinesaleservice100@hotmail.com<br>meliyang119@163.com |
| freeshipreplicabags.com | Shen Qian Ling | lovershandbagsale@gmail.com<br>domainsale@oncheng.com<br>hi_handbags@163.com |
| bagsstudy.com | Shen Qian Ling | saleaaareplica@gmail.com |
| inewstore.ru | Shen Qian Ling | icheapstore28@gmail.com |
| bagsmarks.com | Shen Qian Ling | bagsmarks@163.com |

| 7aperfecthandbags.com | | julietestu@gmail.com |
| | Shen Qian Ling | 125515908@qq.com |
| ilikebuy.ru | | wegomalls@hotmail.com ; |
| | Shen Qian Ling | wegomalls@gmail.com |
| offertmart.cn | | offertmart@163.com |
| | Shen Qian Ling | tony942020@163.com |
| love-bags.cn | han li | 867008521@qq.com |
| itrademall.ru | N/A | itrademall.sales@gmail.com |
| kicksretro.cn | | PickNiceKicks@Hotmail.com |
| | Gabriel Attoun | qxp@usavps.cn |
| tofadkickz.cn | | fadkicks@hotmail.com |
| | lucky wu | qxp@usavps.cn |
| ratchetshoes.cn | | ratchetshoes2014@hotmail.com |
| | zeng zhao hui | qxp@usavps.cn |
| trade666a.ru | N/A | trade5a@hotmail.com |
| repbeasts.ru | N/A | repbeast@hotmail.com |
| pickjordans.cn | | pickupjordan@hotmail.com |
| | xiong jian | qym@usavps.cn |
| goyeezy.ru | fashion bags | yeezygo@hotmail.com |
| q-buywholesale.com.cn | | qbuytrade@hotmail.com |
| | Donna gerse | qxp@usavps.cn |
| gokicks.cn | | gokicks@hotmail.com |
| | XIAOHUA DAI | qxp@usavps.cn |
| okbuytrade.cn | | okbuytrade@outlook.com |
| | YinSi BaoHu Yi KaiQi | qxp@usavps.cn |
| needmtcn.cn | | needmtcn@hotmail.com |
| | Qin Fang | qxp@usavps.cn |

| doperep.cn | Wangzhiguo | service@doperep.com<br>qxp@usavps.cn |
|---|---|---|
| kickstor.cn | aaa aaa | kickstor88@hotmail.com<br>qxp@usavps.cn |
| heatcaps.cn | aaa aaa | heatcaps@hotmail.com<br>qxp@usavps.cn |
| trade777a.ru | lisa pan | trade5a@hotmail.com |
| trade777a.cn | Hua Liu | trade5a@hotmail.com<br>qxp@usavps.cn |
| gogoyeezy.cn | wang xiao | yeezygo@hotmail.com<br>ryy@usavps.cn |
| momosole.cn | guo fuchen | momosole@hotmail.com<br>qxp@usavps.cn |
| repbeast.ru | domain manager | repbeast@hotmail.com |
| pickupjordan.cn | yanli me | pickupjordan@hotmail.com |
| rephot.cn | yuwan zhu | rephot@outlook.com |
| verytrade.cn | BOUGA GENNY | enikesell@hotmail.com |
| shoescaps.cn | lilin | enikesell@hotmail.com,<br>enikesell88@aliyun.com |
| kickstor.ru | dehua liu | kickstor88@hotmail.com |
| gogoyeezy.ru | wu sheng | yeezygo@hotmail.com |
| hotluxuryshoes.com | Private person | fengyingmaoyi@hotmail.com<br>sept0807scope@163.com |
| perfectbikinihut.com | fangjie | fengyingmaoyi@hotmail.com<br>shumway798swallows@163.com |
| luxurycufflinkssale.com | zeng zhao hui | fengyingmaoyi@hotmail.com |

| | | kittles2023uva@163.com |
|---|---|---|
| topshoes4sales.com | qiu yanmin | fengyingmaoyi@hotmail.com<br><br>plic446666live@163.com |
| voguejewelrysale.com | Yuan Zaiwen | fengyingmaoyi@hotmail.com<br><br>pang2044lunshui@163.com |
| luxurybags4sales.com | Digital Technology Co., Ltd. Chengdu carbaryl | fengyingmaoyi@hotmail.com<br><br>shi940940boying@163.com |
| luxurybelts4sales.com | Private person | fengyingmaoyi@hotmail.com<br><br>xie1959jianqiang@163.com |
| vipluxurystyle.com | Qiu Xiang | fengyingmaoyi@hotmail.com<br><br>wengfeng2021xin@163.com |
| cheapcasadei.com | Qiu Xiang | cheapcasadei@outlook.com<br><br>saalee171@yahoo.com |
| gzshoesall.com | Qiu Xiang | celebrityshoestyle@yahoo.com<br><br>1020945571@qq.com |
| alexandershoeswang.com | ren yuyi | alexandershoeswang@hotmail.com<br><br>1020945571@qq.com |
| clouboutinstores.com | WHOIS AGENT | clouboutinstore@gmail.com<br><br>1020945571@qq.com |
| discountalexandermcqueenoutlet.com | Qiuyan Min | facehandbags@hotmail.com<br><br>1020945571@qq.com |
| discountmanoloblahnikshoesoutlet.com | qiu yanmin | clouboutinstore@gmail.com<br><br>1020945571@qq.com |
| giuseppezanottigzall.com | Qiu Xiang | clouboutinstore@gmail.com |

| | | |
|---|---|---|
| rogerviviershoesall.com | Qiu Xiang | rogerviviershoesall@outlook.com<br><br>1020945571@qq.com |
| china-plus.top | Qiu Xiang | topluxurygoods@gmail.com<br><br>maryanna1064@outlook.com |
| copy1013.wang | Qiu Xiang | maryanna1064@outlook.com |
| handbagsreplica.co | Qiu Xiang | replicastores@gmail.com<br><br>1652216734@qq.com |
| handbagsreplica.info | Qiu Xiang | 1652216734@qq.com |
| agesinstitute.org | Qiu Xiang | customerserviceslauri@gmail.com<br><br>gillmeter@hotmail.com |
| bestlouisvuittonscarves.xyz | Coordination Center for TLD RU | aftersaleservices@hotmail.com<br><br>278341872@qq.com |
| toplouisvuittonclutchesandevening.xyz | Qiu Xiang | aftersaleservices@hotmail.com<br><br>278341872@qq.com |
| authenticlouisvuittonartsygm.eu | Any Yu Yi | aftersaleservices@hotmail.com<br><br>234329056@qq.com |
| newlouisvuittonkeyholdersandbagcharms.xyz | Qiu Xiang | aftersaleservices@hotmail.com<br><br>278341872@qq.com |
| authenticlouisvuittonalmabag.xyz | Not Available | aftersaleservices@hotmail.com<br><br>278341872@qq.com |
| louisvuittonnewbags2015.eu | Qiu Xiang | aftersaleservices@hotmail.com<br><br>278342872@qq.com |
| authenticlouisvuittonartsymmbag.com | Qiu Xiang | aftersaleservices@hotmail.com<br><br>343305990@qq.com |
| authenticlouisvuittonalma.eu | Qiu Xiang | aftersaleservices@hotmail.com<br><br>234329056@qq.com |
| focushopping888.com | Qiu Xiang | focushopping@hotmail.com |

| | | 112776536@qq.com |
|---|---|---|
| iluxshop.eu | WHOIS AGENT | iluxshop.wholesale@gmail.com<br><br>112776536@qq.com |
| inshopss888.com | qiu yanmin | inshopss@hotmail.com<br><br>112776536@qq.com |
| iluxshop.es | zhang xueyong | iluxshop.wholesale@gmail.com |
| popo-shoes.nl | zhou jinjian | mostorder@gmail.com |
| most-brands.nl | ouyang | mostorder@gmail.com<br><br>sunroading@gmail.com |
| merk-top.nl | li ming | mostorder@gmail.com |
| groothandel-shop.nl | liu dezhi | mostorder@gmail.com |
| mostbrand.nl | zeng zhao hui | mostorder@gmail.com |
| inshopss.ru | lin | inshopss.wholesale@gmail.com |
| focushopping.ru | zhao yun | focushopping@hotmail.com,<br>focushoping@gmail.com |
| buistore.ru | wang lon | buistore.wholesale@gmail.com |
| myshoppingfans.ru | zhao san | myshoppingfan.c@gmail.com |
| ecdrop.ru | xie jin | ecdrop.wholesale@gmail.com,<br>ecdrop@hotmail.com |
| seeluxurywatches.com | lin | Support@SeeLuxuryWatches.com<br><br>gz_joe_cheng@hotmail.com |
| meetbrandshop.com | saa lee | support@MeetBrandShop.com<br><br>gz_joe_cheng@hotmail.com |
| replicadebolsasfamosas.eu | saa lee | service@cnstore.org<br><br>zhkj2014@gmail.com |

| hiphopyard.com.cn | aaa aaa | hiphopyard@hotmail.com |
|---|---|---|
| | | 271478997@qq.com |
| urbanpopular.com.cn | aaa aaa | urbanpopular@gmail.com, urbanpopular@msn.com |
| | | 271478997@qq.com |
| joyhiphop.com.cn | li da | joyhiphop@gmail.com |
| | | jerseys-yeah@hotmail.com |
| storeofclshoes.com | aaa aaa | doomcotrade@hotmail.com |
| | | jerseys-yeah@hotmail.com |
| bagalotof.com | li da | jerseys-yeah@hotmail.com |
| superhandbagstore.com | li da | doomcotrade@hotmail.com |
| | | jerseys-yeah@hotmail.com |
| 86celinehermesbirkins.com | li da | china_86bags@aliyun.com |
| | | yong30010400@126.com |
| repcheap.ru | aaa aaa | repsperfect@hotmail.com |
| soledream.ru | aaa aaa | hiphoplindaservice@hotmail.com |
| countrykickz.ru | li da | hiphoplindaservice@hotmail.com |
| aaashopwow.cn | Shen Qian Ling | aaashopwow@163.com |
| | | tony942020@163.com |
| handbagstrade1.com | Shen Qian Ling | equal.deal@aliyun.com |
| whatsneaker.com | Shen Qian Ling | whatsneaker@hotmail.com |
| | | smxiemianyan@yahoo.com.cn |
| wendybag.com | Shen Qian Ling | WendyBagsNet@gmail.com |
| | | handbags7a@gmail.com |
| apparelvips.com | Norman L Harris | apparelvip@hotmail.com; apparelvip@yahoo.com, apparelvips@gmail.com, |

| | | urbannear@hotmail.com |
|---|---|---|
| balabalabags.net | Katherine Carr | juiccyer@gmail.com |
| balabalabags.cn | Katherine Carr | juiccyer@gmail.com |
| entus.co.uk | Aaron Muonio | Not Available |
| youreplicashoes.com | chang cai yun | ioffershoes@hotmail.com<br><br>1to1shoes@gmail.com |
| inewtrade.ru | chang cai yun | itrademall.sales@gmail.com |
| kicksclub.ru | Chong Chong | KickSClub2013@hotmail.com |
| heatcaps.ru | chang cai yun | heatcaps@hotmail.com |
| pickjordan.ru | chang cai yun | pickupjordan@hotmail.com, ru-adm@cctld.ru |
| idsole.ru | Not Available | idsole@hotmail.com |
| queensole.in | wen li | Not Available<br><br>queensole.in@zh9.cn |
| top958.com | Chong Chong | trade958@gmail.com ;<br>appareltops@gmail.com ;<br>appareltop@hotmail.com ;<br>trade958@hotmail.com<br><br>1192798773@qq.com |
| yhtopfashion.com | Zeng Zeng Fu Shi You Xian Gong Si | yhbrand@hotmail.com<br><br>970539320@qq.com |
| bags.louis---vuitton.com | Not Available | eluxuryhome@gmail.com<br><br>shoppinglouisvuitton@gmail.com |

| picknicekicks.ru | chen facai | PickNiceKicks@Hotmail.com |
|---|---|---|
| cheapgrandtrade.ru | Zeng Zeng Mao Yi Gong Si | service@cheapgrandtrade.com |
| yoursbackup.com | Zeng Zeng Fu Shi You Xian Gong Si | stepworth@hotmail.com<br>back11up@163.com |
| buyfreekicks.ru | Zheng Zheng Fu Zhuang Mao Yi You Xian Gong Si | buyfreekicks@hotmail.com |
| soledream.cn | Not Available | hiphoplindaservice@hotmail.com<br>shebydarling@hotmail.com |
| sneakerair.ru | Not Available | Sneakerairrose@outlook.com |
| exsneaker.cn | Not Available | magicalshoes2015@hotmail.com<br>sadfhgfht@hotmail.com |
| idsole.cn | Not Available | idsole@hotmail.com<br>shouyidoc39@hotmail.com |
| cheapshop.co | Feng min | sales@cheapshop.co<br>kevin@shopow.com |
| hiphoplinda.ru | wang wei | hiphoplinda@hotmail.com,<br>hiphoplindaservice@hotmail.com |
| yhluxury.com | wang wei | yhbrand@hotmail.com |
| replica.louisvuittonbags.top | wang wei | shoppinglouisvuitton@gmail.com<br>shoppingbarbour@hotmail.com |
| soopos.ru | wang wei | soopos@gmail.com |
| fonike.ru | wang wei | robuyse@hotmail.com |
| nice110.ru | Joe Cheng | nice110store@gmail.com |
| weallshine.co.uk | Bin Liu | info@weallshine.co.uk |

| | | |
|---|---|---|
| cheapbags.nl | Joe Cheng | gocheaptrade@gmail.com |
| thebasketball4u.com | Bin Liu | open321@aliyun.com |
| rephotsale.ru | DAWEI xie | rephot@outlook.com |
| shoesgooddeal.ru | Kristin Hertzog | shoesgooddeal@hotmail.com |
| pickupjordan.ru | Lin Jianhong | pickupjordan@hotmail.com |
| ebaysoho.ru | Lin Jianhong | newsite@vip.163.com |
| wholesale2.ru | Zhengming Min | annywholesaleteam@gmail.com |
| saleoutletonlinen.com | Mary Spark | service.outlet@live.com<br><br>dt23888@126.com |
| mall123.ru | Mary Spark | fashionjustit@163.com |
| tradenow.us | Mary Spark | abt@qq.com |
| jdshoes.ru | Not Available | jdshoestore@hotmail.com |
| mastereps.ru | Not Available | mastereps@hotmail.com |
| cheapbootshop.co.uk | Not Available | Not Available |
| eepursevalley.com | Not Available | ptdh88@163.com |
| firepolo.nl | Yuan Zaiwen | bestfirepolo@gmail.com |
| 205.209.173.201 | HengYi | stylefa@hotmail.com |
| soloffer.ru | mianyan xie | soloffer.wholesale@gmail.com |
| facehandbags.org | dehua liu | facehandbags@hotmail.com |
| luxuryshoes4sales.com | John Bibi | service@luxuryshoes4sales.com<br><br>mayen7994engen@163.com |
| trade555a.ru | weng junpeng | trade5a@hotmail.com |
| queensole.ru | fire polo | queensole2013@hotmail.com |
| balabalabags.ru | Li Malin | balabalabags@gmail.com |
| exsneaker.ru | Sophia Smith | exsneaker@hotmail.com |
| voguefront.me | ason zhong | voguefront@hotmail.com |

| | | liya_shop@hotmail.com |
|---|---|---|
| thebagsmarket.com | chenzhiwen | reguirggj@yahoo.com |
| icheapgrandtrade.ru | Coordination Center for TLD RU | service@cheapgrandtrade.com |
| iwholesale2.ru | Jiang Chao | annywholesaleteam@gmail.com |
| iwholesalebags.nl | WHOIS AGENT | iwholesalebags@gmail.com |
| yannatrade.ru | Not Available | yannatrade@gmail.com |
| replicalouisvuittonhandbags.com | Not Available | Not Available |
| niketrade.ru | Not Available | niketraderu@hotmail.com |
| ibrandwholesale.co | WHOIS AGENT | ibrandwholesale@gmail.com |
| celebsapparel.com | qiuyanmin qiuyanmin | info@celebsapparel.com |
| cheapalexanderwangbags.com | weng junpeng | ale@cheapalexanderwangbags.com |
| perfectwatchessales.com | jintai | Service@perfectwatchessales.com extra0903confidize@163.com |
| luxuryhandbagsmarket.com | yaoheping | fengyingmaoyi@hotmail.com quinque0806fy@163.com |
| ladiesbagsestore.com | Coordination Center for TLD RU | sales@2015buyluxuryitems.com; sales@bag-item.com wendellcarvalho@126.com |
| handbagsoutlets.info | Not Available | service.outlet@live.com email@163.com shopup@163.com |
| mksell.ru | Wu Jian Xin | store2006-sell@hotmail.com |
| fieldsoffashion.storenvy.com | Whois Agent | Not Available |
| theoutnet1.com | Kingdom, in | zwf987@qq.com |
| irooshop.ru | Not Available | rooshop20@gmail.com |

ME1 21073718v.1

| icheaptrade.nl | Tangxing Zhen | icheaptrade@gmail.com |
|---|---|---|
| nikesell.ru | Wang Haitao | nikesell@outlook.com |
| cheaphandbagss.net | Not Available | Kimberley2016@hotmail.com |
| luxurywatches4sale.pw | Kevin Flood | fengyingmaoyi@hotmail.com<br><br>tetra0912pulseee@163.com |
| sale005mall.ru | Chen YouJin | sale005mall@163.com |
| celinereplicahandbags.com | Not Available | profitcome@gmail.com |
| jacky2015.com | Domain Administrator | jackysell@hotmail.com |
| assetswear.com | wang zhanquan | info@assetswear.com<br><br>dkirk@assetsmodels.ca |
| bagstom.com | kai zhang | master.bagstorm@gmail.com<br><br>bagstorm22@gmail.com |
| evlovebag.com | wang xiaomao | evhandbag@hotmail.com<br><br>evno5@163.com |
| fashionqqtrade.net | Not Available | fashionqqtrade@hotmail.com |
| luxurybelts4sale.com | Not Available | fengyingmaoyi@hotmail.com<br><br>shenlai2035ming@163.com |
| top8bag.com | yaozhong zhang | service8bagbags@yahoo.com |
| trade-factory.co | Not Available | danielservice4u@gmail.com<br><br>exportproducts1@gmail.com |
| momobusiness.co | Ping | momobiz88@gmail.com<br><br>domain@szhot.com |
| needmtcn.ru | Not Available | needmtcn@hotmail.com |
| verytrade.ru | chang cheng | enikesell@hotmail.com;<br>enikesell88@aliyun.com |

| rephype.ru | WHOIS AGENT | kicksfans@hotmail.com |
|---|---|---|
| luxuryjewelry4sales.com | Not Available | fengyingmaoyi@hotmail.com; Service@luxuryjewelry4sales.com arns0702borders@163.com |
| flawlessreplicas.com | ren yuyi | sales@betsybagsonline.com |
| extrust.com.cn | Not Available | exTrust@gmail.com wanzhaofu@hotmail.com |
| okgoodbuy.ru | Not Available | okgoodbuy@hotmail.com |
| tobuyto.ru | wenben zhou | tobuyto2013@hotmail.com |